IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

②
3-20-00
sc

RONALD A. RILEY, AK-8743

**Name of Plaintiff(s)**

v.

MARTIN HORN, COMMISSIONER, et. al.

FREDERICK K. FRANK, SUPERINTENDANT.

WILLIAM F. WORD, CHAIRMAN, Pa. BOARD

OF PROBATINON AND PAROLE.

**Name of Defendant(s)**

1: CV 00-0485

Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
MAR 14 2000
PER _____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. YES___  I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. YES___  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No  X___

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
   Yes _✓_   No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

I have received threats from Officer Hoover and bogus misconducts since my arrival at SCI-Huntingdon.

4. (a) Are you presently employed at the Institution? Yes  X   No ____

   (b) If yes, what is your monthly compensation? $ 30.00

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes  X   No ____

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   Own half of the family home at 3653 Chestnut Street Camp Hill, Pa 17011. Value of Plaintiff's half of said property is $50,000.00.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 3/7/2000
          (Date)                              (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, AK-8743, in his own behalf,<br>C/O 1100 PIKE STREET HUNTINGDON, PA 16654<br>　　　　PLAINTIFF:<br><br>　　-VS-<br><br>COMMISSIONER MARTIN F. HORN 2520 LISBURN ROAD P.O.BOX 589 CAMP HILL, PA 17001-0589, in his individual and official capacity;<br>　　　and<br><br>SUPERINTENDENT FREDERICK K. FRANK, DEPUTY SUPERINTENDENT CLINTON R. MYERS, MAJOR OF THE GUARD JAMES L. GRACE, INTELLIGENCE CAPTAIN GIL LEVY, GRIEVANCE COORDINATOR DIANA G. BANEY, HEARING EXAMINER STIDD, UNIT MANAGER TIM LAUNTZ, UNIT MANAGER JOEL KELLER, COUNSELOR BUZMINSKY, CORRECTIONAL OFFICER HOOVER, CORRECTIONAL OFFICER MCFADDEN, 1100 PIKE STREET HUNTINGDON, PA 16654, individually and in their official capacity,<br>　　　and<br><br>DIRECT OR OF INMATE BUREAU SERVICES J. HARVEY BELL, 2520 LISBURN ROAD P.O.BOX 589 CAMP HILL, PA 17001-0589, in his individual and official capacity,<br>　　　and<br><br>OTHER UNKNOWN INDIVIDUALS AND OFFICIALS OF THE DEPARTMENT OF CORRECTIONS,<br>　　　and<br><br>CHAIRMAN WILLIAM F. WORD PENNSYLVANIA BOARD OF PROBATION AND PAROLE, COMMONWEALTH OF PENNSYLVANIA EXECUTIVE OFFICE 1101 S. FRONT STREET, STE. 500 HARRISBURG, PA 17104-2517, in his individual and official capacity,<br>　　　　DEFENDANT'S: | CIVIL ACTION NUMBER<br><br>#_____<br><br>CIVIL COMPLAINT<br>JURY TRIAL DEMANDED ON ALL TRIABLE ISSUES |