IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, AK-8743, | : |
| PLAINTIFF: | 1: CV 00-0485 |
| | CIVIL ACTION NUMBER |
| -VS- | # _____ |
| | |
| COMMISSIONER MARTIN F. HORN, | CIVIL COMPLAINT |
| and Defendant's listed in the | JURY TRIAL DEMANDED ON |
| Complaint, et al. | ALL TRIABLE ISSUES |
| DEFENDANT'S: | FILED SCRANTON |
| | MAR 14 2000 |
| | PER _____ DEPUTY CLERK |

MOTION FOR APPOINTMENT
OF COUNSEL.

AND NOW, comes RONALD A. RILEY, Plaintiff in the above captioned matter, by and for himself, to request this Honorable Court to grant his Motion For Appointment Of Counsel. Plaintiff believes he is entitled to said appointment based on the following:

1. Plaintiff is unable to afford private counsel.

2. Plaintiff's Complaint present's complex issues of Constitutional violations and Law.

3. Pursuant to the Criminal Justice Act, Title 18 U.S.C. §3006 A (g), this Honorable Court may appoint counsel to represent Plaintiff.

4. In order to avoid a miscarriage of justice, the interest of justice requires appointment of counsel in the above captioned matter.

5. Appointment of counsel is necessary to enable Plaintiff to adequately present his claims to this Honorable Court.

2

**WHEREFORE,** Plaintiff respectfully request this Honorable Court to grant his Motion For Appointment Of Counsel and allow counsel to amend Plaintiff's Complaint pursuant to 28 U.S.C. §1915 (d) in order that Plaintiff be afforded an opportunity to fairly litigate his claims.

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

DATED: 3/7/2000