```
PA DEPT. OF CORRECTIONS              INMATE
BUREAU OF COMPUTER SERVICES          PARTIAL ACCOUNT LISTING
REMOTE PRINT TIME 12:39                 FROM PURGE FILE               PAGE

                                         CV-00-00485
      INMATE    NAME
      NUMBER    LAST              FIRST           MI
      AK8743    RILEY             RONALD          A
```

| BATCH # | DATE MO DY YEAR | | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT | BALANCE AFTER TRANSACTION |
|---|---|---|---|---|---|
| 455 | 11-04-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-28 OCTOBER 1999 | -4.60 | -34.47 |
| 484 | 11-09-1999 | 10 | MAINTENANCE PAYROLL | | |
| | | | OCTOBER 1999 | 28.00 | -6.47 |
| 492 | 11-09-1999 | 37 | POSTAGE | | |
| | | | LEGAL - NOVEMBER 5, 1999 | -.77 | -7.24 |
| 492 | 11-09-1999 | 37 | POSTAGE | | |
| | | | LEGAL - NOVEMBER 5, 1999 | -.77 | -8.01 |
| 516 | 11-15-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-1 NOVEMBER 1999 | -.40 | -8.41 |
| 516 | 11-15-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-3 NOVEMBER 1999 | -.20 | -8.61 |
| 516 | 11-15-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-4 NOVEMBER 1999 | -.20 | -8.81 |
| 516 | 11-15-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-5 NOVEMBER 1999 | -2.10 | -10.91 |
| 530 | 11-15-1999 | 10 | MAINTENANCE PAYROLL | | |
| | | | OCTOBER, 1999 | 7.60 | -3.31 |
| 538 | 11-16-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES- 8 NOVEMBER 1999 | -5.90 | -9.21 |
| 538 | 11-16-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-10 NOVEMBER 1999 | -1.70 | -10.91 |
| 538 | 11-16-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES-12 NOVEMBER 1999 | -2.80 | -13.71 |
| 637 | 12-06-1999 | 39 | LEGAL FEES | | |
| | | | LEGAL FEES | -6.72 | -20.43 |
| 651 | 12-07-1999 | 10 | MAINTENANCE PAYROLL | | |
| | | | NOVEMBER 1999 | 26.60 | 6.17 |
| 692 | 12-13-1999 | 37 | POSTAGE | | |
| | | | DECEMBER 9, 1999 | -1.43 | 4.74 |
| 692 | 12-13-1999 | 37 | POSTAGE | | |
| | | | DECEMBER 13, 1999    LEGAL | -1.65 | 3.09 |
| 8349 | 12-15-1999 | 32 | HUN COMMISSARY | | |
| | | | FOR 12/15/1999 | -3.05 | .04 |
| 755 | 12-21-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES -16 NOVEMBER 1999 | -8.70 | -8.66 |
| 755 | 12-21-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES -17 NOVEMBER 1999 | -.20 | -8.86 |
| 755 | 12-21-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES -18 NOVEMBER 1999 | -9.80 | -18.66 |
| 755 | 12-21-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES -23 NOVEMBER 1999 | -.30 | -18.96 |
| 755 | 12-21-1999 | 38 | INSIDE PURCHASES | | |
| | | | XEROX COPIES -7 DECEMBER 1999 | -.80 | -19.76 |

FILED SCRANTON APR 4 2000 PER DEPUTY CLERK

```
PA DEPT. OF CORRECTIONS            INMATE ACCOUNTS SYSTEM        RUN     IAS365
BUREAU OF COMPUTER SERVICES        PARTIAL ACCOUNT LISTING       DATE    3/30/2000
REMOTE PRINT TIME 12:39               FROM PURGE FILE            PAGE          3

     INMATE    NAME
     NUMBER    LAST             FIRST          MI
     AK8743    RILEY            RONALD         A

  BATCH      DATE                                        TRANSACTION  BALANCE AFTER
    #     MO DY YEAR     TRANSACTION DESCRIPTION            AMOUNT     TRANSACTION

   755   12-21-1999  38  INSIDE PURCHASES
                         XEROX COPIES -10 DECEMBER 1999      -1.20        -20.96
   794   12-28-1999  37  POSTAGE
                         LEGAL - DECEMBER 22, 1999           -1.21        -22.17

                         BALANCE AFTER THESE TRANSACTIONS------>           -22.17
```

```
PA DEPT. OF CORRECTIONS         INMATE ACCOUNTS SYSTEM      RUN    IAS365
BUREAU OF COMPUTER SERVICES     PARTIAL ACCOUNT LISTING     DATE   3/30/2000
REMOTE PRINT TIME 12:39            FROM ACTIVE FILE         PAGE      1

        INMATE    NAME
        NUMBER    LAST          FIRST          MI.          STARTING BALANCE
        AK8743    RILEY         RONALD          A                -22.17

   BATCH      DATE                                     TRANSACTION BALANCE AFTER
     #     MO DY YEAR    TRANSACTION DESCRIPTION          AMOUNT   TRANSACTION

    873   01-11-2000  38  INSIDE PURCHASES
                          XEROX COPIES WK ENDNG 12/18/99    -.10      -22.27
    877   01-12-2000  10  MAINTENANCE PAYROLL
                          DECEMBER 1999                    30.80        8.53
    891   01-13-2000  37  POSTAGE
                          LEGAL - JANUARY 12, 2000         -3.42        5.11
    891   01-13-2000  37  POSTAGE
                          LEGAL - JANUARY 12, 2000         -1.65        3.46
    891   01-13-2000  37  POSTAGE
                          LEGAL - JANUARY 12, 2000         -1.65        1.81
   8019   01-19-2000  32  HUN COMMISSARY
                          FOR  1/19/2000                   -1.78         .03
    961   01-25-2000  37  POSTAGE
                          LEGAL - JANUARY 25, 2000         -1.87       -1.84
    975   01-26-2000  13  PERSONAL GIFT FROM
                          AUSTIN, PATRICIA    (199027)     25.00       23.16
    993   01-28-2000  37  POSTAGE
                          LEGAL - JANUARY 28, 2000          -.55       22.61
    993   01-28-2000  37  POSTAGE
                          LEGAL - JANUARY 28, 2000          -.55       22.06
   8033   02-02-2000  32  HUN COMMISSARY
                          FOR  2/02/2000                  -21.73         .33
   1026   02-03-2000  38  INSIDE PURCHASES
                          XEROX COPIES WK ENDING 1/15/00   -8.60       -8.27
   1028   02-03-2000  37  POSTAGE
                          JANUARY 28, 2000                  -.55       -8.82
   1037   02-04-2000  38  INSIDE PURCHASES
                          XEROX COPIES WK ENDING 1/22/00    -.40       -9.22
   1045   02-07-2000  38  INSIDE PURCHASES
                          XEROX COPIES WK ENDING 1/29/00   -5.70      -14.92
   1059   02-08-2000  10  MAINTENANCE PAYROLL
                          JANUARY 2000                     26.60       11.68
   1066   02-09-2000  39  LEGAL FEES
                          ACT 84 PAYMENT DAUPHIN COUNTY    -1.68       10.00
   1093   02-11-2000  37  POSTAGE
                          LEGAL - FEBRUARY 10, 2000         -.77        9.23
   1093   02-11-2000  37  POSTAGE
                          LEGAL - FEBRUARY 10, 2000         -.55        8.68
   1093   02-11-2000  37  POSTAGE
                          LEGAL - FEBRUARY 10, 2000         -.55        8.13
   1126   02-16-2000  37  POSTAGE
                          LEGAL - FEBRUARY 15, 2000         -.55        7.58
   8047   02-16-2000  32  HUN COMMISSARY
                          FOR  2/16/2000                   -7.36         .22
```

```
PA DEPT. OF CORRECTIONS          INMATE ACCOUNTS SYSTEM        RUN    IAS365
BUREAU OF COMPUTER SERVICES      PARTIAL ACCOUNT LISTING       DATE   3/30/2000
REMOTE PRINT TIME 12:39              FROM ACTIVE FILE          PAGE          2

     INMATE    NAME
     NUMBER    LAST              FIRST           MI
     AK8743    RILEY             RONALD          A

  BATCH     DATE                                          TRANSACTION  BALANCE AFTER
    #    MO DY YEAR     TRANSACTION DESCRIPTION             AMOUNT      TRANSACTION

  1187   02-28-2000  38  INSIDE PURCHASES
                         XEROX COPIES WK ENDING 2-5-00         -1.70        -1.48
  1197   02-29-2000  38  INSIDE PURCHASES
                         XEROX COPIES WK ENDING 2-12-00        -6.30        -7.78
  1215   03-02-2000  13  PERSONAL GIFT FROM
                         AUSTIN, PATRICIA    (198390)          40.00        32.22
  1243   02-07-2000  37  POSTAGE
                         LEGAL - MARCH 7, 2000                 -4.30        27.92
  1243   02-07-2000  37  POSTAGE
                         LEGAL - MARCH 7, 2000                 -4.30        23.62
  1248   03-07-2000  38  INSIDE PURCHASES
                         XEROX COPIES WK ENDING 2-19-00       -10.70        12.92
  8067   03-07-2000  32  HUN COMMISSARY
                         FOR  3/07/2000                       -26.18       -13.26
  1271   03-10-2000  37  POSTAGE
                         MARCH 09, 2000       LEGAL             -.55       -13.81
  1309   03-16-2000  10  MAINTENANCE PAYROLL
                         FEBRUARY 2000                         29.40        15.59
  1317   03-17-2000  37  POSTAGE
                         MARCH 15, 2000   LEGAL                -2.03        13.56
  1317   03-17-2000  37  POSTAGE
                         MARCH 15, 2000   LEGAL                -2.03        11.53
  8077   03-17-2000  32  HUN COMMISSARY
                         FOR  3/17/2000                       -12.48         -.95
  1348   03-22-2000  37  POSTAGE
                         LEGAL - MARCH 21, 2000                -1.65        -2.60

                  BALANCE AFTER THESE TRANSACTIONS------>                   -2.60
```