APR-10-00 MON 01:59 PM  HARRISBURG         FAX NO. 917172213959         P. 02/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. RILEY, | : | CIVIL ACTION NO. 1:CV-00-0485 |
| Plaintiff | : | |
| v. | : | |
| MARTIN F. HORN, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA
APR 1 0 2000
MARY E. D'ANDREA, CL[ERK]
Per _____ Deputy Clerk

O R D E R

AND NOW, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to proceed *in forma pauperis* is construed as a motion to proceed without full prepayment of fees and costs and the motion is granted.[1]

2. The United States Marshal is directed to serve Plaintiff's complaint on the Defendants named therein.

SYLVIA H. RAMBO,
United States District Judge

Dated: April 10, 2000

SR:jvw

---

1. Riley completed this court's form application to proceed *in forma pauperis* and authorization to have funds deducted from his prison account. The court then issued an Administrative Order directing the warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 10, 2000

Re: 1:00-cv-00485    Riley v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Ronald A. Riley
SCI-H
SCI at Huntingdon
AK-8743
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

```
cc:
Judge                              (  )
Magistrate Judge                   (  )
U.S. Marshal                       (  )
Probation                          (  )
U.S. Attorney                      (  )
Atty. for Deft.                    (  )
Defendant                          (  )
Warden                             (  )
Bureau of Prisons                  (  )
Ct Reporter                        (  )
Ctroom Deputy                      (  )
Orig-Security                      (  )
Federal Public Defender            (  )
Summons Issued                     (· )  with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                (  )
Order to Show Cause                (  )  with Petition attached & mailed certified mail
                                         to:  US Atty Gen    ( )    PA Atty Gen ( )
                                              DA of County   ( )    Respondents ( )
Bankruptcy Court                   (  )
Other_____      (  )
```

MARY E. D'ANDREA, Clerk

DATE: 4/10/00                        BY: _____
                                         Deputy Clerk