RONALD A. RILEY
AK-8743
1100 PIKE STREET
HUNTINGDON, PA 16654

FILED
HARRISBURG, PA

APR 12 2000

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

HONORABLE SYLVIA H. RAMBO, JUDGE
U.S. DISTRICT COURT
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

April 6, 2000

RE: CIVIL ACTION NO. 1:00-CV-00485

Dear Judge Rambo,

I decline to have a U.S. Magistrate to exercise jurdiction in the above captioned pursuant to 28 U.S.C. §636 (c). I respectfully ask that you, Your Honor continuously preside over this Civil Action, where with I truly respect your impartality towards any judgment and ruling in this Civil Action.

Thank you for your time and consideration in this matter.

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654