ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, AK-8743, :
:
        PLAINTIFF: :
:
:     Rambo
:     CIVIL ACTION NO. 1:00-cv-00485
-VS- :
:     P/ZSL( Van wie    FILED
:                      HARRISBURG, PA
:
HORN, et al :                APR 1 4 2000
:
        DEFENDANT'S: :     MARY E. D'ANDREA CLERK
                      Per ―――――――――――
                           Deputy Clerk

MOTION FOR APPOINTMENT OF COUNSEL


    AND NOW, comes RONALD A. RILEY, Plaintiff pro se in the above captioned matter, by and for himself, to request this Honorable Court to grant this Motion For Appointment Of Counsel. Plaintiff believes he is entitled to said appointment based on the following:

    1) Plaintiff is unable to afford private counsel.

    2) Plaintiff's Complaint present's issues of Constitutional violations and law.

    3) Pursuant to the Criminal Justice Act, Title 18 U.S.C. §3006 A (g), this Honorable Court may appoint counsel to represent Plaintiff.

    4) In order to avoid a miscarriage of justice, the interest of justice requires appointment of counsel in the above captioned matter.

    5) Appointment of counsel is necessary to enable Plaintiff to adequately present his claims to this Honorable Court.

**WHEREFORE,** Plaintiff respectfully request this Honorable Court to grant his Motion For Appointment Of Counsel to amend Plaintiff's Complaint pursuant to 28 U.S.C. §1915 (h) in order that Plaintiff be affored an opportunity to fairly litigate his claims.

DATED 4-12-2001

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654