WAIVER OF SERVICE OF SUMMONS

TO: Ronald A. Riley
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Riley VS Horn, which is case number CV-00-485 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 4-11-00 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

5/2/00
DATE

Maryanne M Lewis
SIGNATURE

Printed/typed name: Maryanne M. Lewis
Title if any: Deputy Attorney General
Office of Attorney General
Address of Person signing: 15th Flr., Strawberry Sq.
Harrisburg, Pa 17120

Party you represent: Defendants Horn, Frank, Myers, Grace, Levy, Baney, Keller, Lzuntz, ~~Suzminsky, Stiff,~~ Hoover McFadden, Belland Ward

FILED
SCRANTON
MAY 0 8 2000
PER _____ DEPUTY CLERK

USM

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

Riley
       Plaintiff
  V.

CASE NUMBER: 1:00-cv-00485

Horn
       Defendant

TO:    (SEE COMPLAINT)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney:

    Ronald A. Riley
    SCI-H
    SCI at Huntingdon
    AK-8743
    Drawer R
    1100 Pike Street
    Huntingdon, PA  16654-1112

an answer to the complaint which is herewith served upon you, within (20) TWENTY DAYS after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY E. D'ANDREA, Clerk

BY: _____
    Deputy Clerk

DATE: April 10, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

SUMMONS IN A CIVIL ACTION

PARTIES FOR CASE #1:00-cv-00485

Ronald A. Riley
    plaintiff

      v.

Martin F. Horn
    defendant
Frederick K. Frank
    defendant
Clinton R. Myers
    defendant
James L. Grace
    defendant
Gil Levy
    defendant
Diana G. Baney
    defendant
Joel Keller
    defendant
Tim Launtz
    defendant
Buzminsky
    defendant
Stidd
    defendant
- Hoover
    defendant
McFadden
    defendant
William F. Word
    defendant
J. Harvey Bell
    defendant

RETURN OF SERVICE — Case #1:00-cv-00485

| Service of the Summons and Complaint was made by me * | DATE |
|---|---|
| NAME OF SERVER (Print) | TITLE |

Check one box below to indicate method of service

|_| Served personally upon the defendant. Place where served: _____

|_| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

|_| Returned unexecuted: _____
_____
_____

|_| Other (specify): _____
_____
_____

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                          Signature of Server

                                          Address of Server

*) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure