

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY,  :  | CIVIL ACTION NO. 1:CV-00-0485 |
| Plaintiff  :  |  |
| v.  :  |  |
| MARTIN F. HORN, ET AL.,  :  | (Judge Rambo) |
| Defendants  :  |  |

FILED
HARRISBURG, PA
MAY 1 0 2000
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**MEMORANDUM AND ORDER**

**Background**

Presently pending before the court is Plaintiff Ronald A. Riley's second request for appointment of counsel filed April 14, 2000 (Doc. 10). Recently, by order dated May 2, 2000, this court denied a similar motion for appointment of counsel. The order also provided that if future proceedings demonstrated the need for counsel, Plaintiff's motion would be reconsidered.

Since the entry of the court's previous order, Riley has continued to demonstrate a reasonable ability to litigate this action pro se. Furthermore, Plaintiff's latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel. See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993). Consequently, for the reasons

set forth in this court's order of May 2, 2000, Riley's second motion for appointment of counsel is denied.

                                                            SYLVIA H. RAMBO
                                                            United States District Judge

Dated:    May   10  , 2000.

SR:jvw