

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,

    Plaintiff

v.      No. 1:00-CV-00485
    (Judge Rambo)

MARTIN HORN, et al.,

    Defendants

## DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

Defendants, through their counsel, hereby request a ten day extension of time to file their responses to plaintiff's first set of interrogatories directed to Martin F. Horn and their response to plaintiff's request for production of documents. In support hereof, they state as follows:

1. This is a pro se inmate civil action brought pursuant to 42 U.S.C. §1983. The complaint was filed on March 14, 2000, with the summons issued April 10, 2000. The defendants answered the complaint on June 12, 2000.

2. On July 3, 2000, plaintiff served a first set of interrogatories directed to Martin F. Horn, containing 23 interrogatories, a second set of interrogatories directed to William Word,[1] containing 23 interrogatories, and a third set of interrogatories directed to defendant Keller, containing 17 interrogatories. Plaintiff also served defendants with a request for production of documents, containing 21 requests. Defendants' responses to these discovery requests are due to plaintiff on August 7, 2000.

---

[1] The proper spelling of this defendant's surname is WARD.

3. Counsel for defendants will be serving plaintiff this date with Defendant Ward's Response to Plaintiff's Second Set of Interrogatories and Defendant Keller's Response to Plaintiff's Third Set of Interrogatories.

4. In order to allow the Secretary of the Department of Corrections additional time to review his answers to the interrogatories and the documents request, defendants are seeking an additional ten (10) days to serve their responses on the plaintiff.

5. This request for an extension of time is made in good faith and not for the purpose of delay. Moreover, it will not cause any prejudice or hardship to the plaintiff since he is receiving responses to defendants Keller and Ward's interrogatories.

6. WHEREFORE, defendants respectfully request that this Court grant a ten day extension of time to serve their response to plaintiff's first set of interrogatories directed to Martin F. Horn and their response to plaintiff's request for production of documents until August 17, 2000.

**Respectfully submitted,**

**D. MICHAEL FISHER**
Attorney General

By: /s/ Maryanne M. Lewis

MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
FAX: (717) 772-4526
Direct Dial: (717) 787-9719
DATE: August 7, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-00485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Enlargement of Time to Respond to Discovery, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: August 7, 2000