IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. RILEY, | : | CIVIL ACTION NO. 1:CV-00-0485 |
| Plaintiff | : | |
| v. | : | |
| MARTIN F. HORN, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

FILED
HARRISBURG, PA
AUG 16 2000
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Defendants' motion for an enlargement of time in which to respond to Plaintiff's interrogatories directed to Defendant Horn and his request for production of documents, said motion (Doc. 17) is granted. Defendants may file their responses on or before August 17, 2000.

_____
SYLVIA H. RAMBO
United States District Judge

Dated: August  16 , 2000

SR:jvw

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,                :    CIVIL ACTION NO. 1:CV-00-0485
                                :
        Plaintiff                :
                                :
    v.                          :
                                :
MARTIN F. HORN, ET AL.,         :    (Judge Rambo)
                                :
        Defendants               :

O R D E R

NOW, IT IS HEREBY ORDERED THAT:

1. All discovery shall be completed within sixty (60) days of the date of this order.

2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

SYLVIA H. RAMBO
United States District Judge

Dated: August  16 , 2000

SR:jvw

FILED
HARRISBURG, PA
AUG 1 6 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk