IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,                    :     CIVIL ACTION NO. 1:CV-00-0485
                                    :
          Plaintiff                 :
                                    :
     v.                             :
                                    :
MARTIN F. HORN, ET AL.,             :     (Judge Rambo)
                                    :
          Defendants                :

FILED
HARRISBURG, PA

AUG 16 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Defendants' motion for an

enlargement of time in which to respond to Plaintiff's

interrogatories directed to Defendant Horn and his request for

production of documents, said motion (Doc. 17) is granted.

Defendants may file their responses on or before August 17, 2000.

SYLVIA H. RAMBO
United States District Judge

Dated:  August  16  , 2000

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 16, 2000

Re:  1:00-cv-00485    Riley v. Horn


True and correct copies of the attached were mailed by the clerk
to the following:

      Ronald A. Riley
      SCI-H
      SCI at Huntingdon
      AK-8743
      Drawer R
      1100 Pike Street
      Huntingdon, PA  16654-1112

      Maryanne Mueller Lewis, Esq.
      Pennsylvania Office of Attorney General
      15th Floor
      Strawberry Square
      Harrisburg, PA


cc:
Judge                        (X )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  )    with N/C attached to complt. and served by:
                                     U.S. Marshal (  )    Pltf's Attorney (  )

Standard Order 93-5          (  )
Order to Show Cause          (  )    with Petition attached & mailed certified mail
                                     to: US Atty Gen   (  )  PA Atty Gen (  )
                                         DA of County  (  )  Respondents (  )

Bankruptcy Court             (  )
Other_Jim Van Wie_____(X )

                                     MARY E. D'ANDREA, Clerk

DATE:  8-16-00                              BY:  _____
                                                Deputy Clerk