JUDGE'S COPY

copy (22)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

FILED
HARRISBURG
NOV 0 8 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR LEAVE TO DEPOSE PLAINTIFF

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, defendant, by his attorney, moves the Court for leave to depose plaintiff in the above-captioned action, and in support thereof states the following:

1. This is a civil action for damages brought pursuant to 42 U.S.C. §1983.

2. Plaintiff is incarcerated at the State Correctional Institution at Huntingdon, Huntingdon, Pennsylvania.

3. Under Rule 30(a) of the Federal Rules of Civil Procedure, a person confined to prison may be deposed only by leave of Court.

4. The deposition of plaintiff will assist the defense in disposing of this case either by pre-trial motion or at trial.

5. Defendants request that they be permitted to depose the plaintiff at the State Correctional Institution at Huntingdon.

6. The exact date and time for the deposition will be arranged following the granting of leave by the Court.

**WHEREFORE**, defendant's motion to leave to depose plaintiff should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: *[signature]*

MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-9719

DATE: November 8, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Leave to Depose Plaintiff, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: November 8, 2000