copy 23

**JUDGE'S COPY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,

    Plaintiff

v.

MARTIN HORN, et al.,

    Defendants

No. 1:00-CV-00485
(Judge Rambo)

FILED
HARRISBURG

NOV 0 8 2000

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO DEPOSE PLAINTIFF

This is a civil action for damages brought pursuant to 42 U.S.C. §1983. Plaintiff is incarcerated at the State Correctional Institution at Huntingdon ("SCI-Huntingdon"). Defendant is a prison official employed at all times relevant hereto by the Pennsylvania Department of Corrections. Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, a person confined to prison may be deposed only by leave of court. Defendant has moved this Court for permission to depose the plaintiff and desires to inquire into matters which are relevant to the subject matter involved in the pending action. The deposition of the plaintiff will assist the defense in disposing of this case either by pre-trial motion or by trial. Therefore, defendant's motion for leave to depose plaintiff should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _____
MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief Litigation Section

Office of Attorney General
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-9719

DATE: November 8, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Brief in Support of Motion for Leave to Depose Plaintiff, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112


_____
MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: November 8, 2000