JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, AK-8743
in his own behalf,

        PLAINTIFF:

                      NO. 1:00-CV-00485
                      (JUDGE RAMBO)

   -VS-

MARTIN HORN, et al.,

        DEFENDANT'S:

FILED
HARRISBURG, PA

NOV 20 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PLAINTIFF'S MOTION IN REBUTAL
TO DEFENDANT'S MOTION/BRIEF FOR
LEAVE TO DEPOSE PLAINTIFF.

TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:

    Plaintiff in the above Motion, **RONALD A. RILEY, AK-8743,** "**pro se**", move this Honorable Court for an Order denying Defendant's Motion/Brief For Leave To Depose Plaintiff.

    1. Plaintiff contends that the Defendant's Motion/Brief For Leave To Depose Plaintiff is in violation of this Honorable Courts Order of August 16, 2000, and should be denied.

2. Plaintiff contends that the Defendant's Motion/Brief For Leave To Depose Plaintiff is a request for leave to conduct a deposition of Plaintiff in violation of Court Order August 16, 2000, and should be denied.

3. Plaintiff contends that the Defendant's failed to set forth any reason(s) as to why they could not petition the Court for leave to conduct a deposition within the time frame set by this Honorable Court.

4. Plaintiff asserts that the Defendant's failed to file for a enlargement of time to file for leave to conduct a deposition upon oral examination.

5. Plaintiff respectfully request this Honorable Court to Adjudicate the pending Motion/Memorandum In Support of his Motion To Compel Discovery filed September 11, 2000.

DATED: NOVEMBER 16, 2000

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654