JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, AK-8743 :
in his own behalf, :
 :
 :
PLAINTIFF: :
 : NO. 1:00-CV-00485
 : (JUDGE RAMBO)
 :
-VS- :
 :
 :
 :
MARTIN HORN, et al., :

FILED
HARRISBURG, PA

NOV 20 2000

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION IN REBUTAL TO DEFENDANT'S
MOTION/BRIEF FOR LEAVE TO DEPOSE PLAINTIFF.

TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:

Plaintiff in the above action, **RONALD A. RILEY, AK-8743**
**"pro se"**, now submits his Memorandum In Support Of Plaintiff's
Motion For An Order Denying Defendant's Motion/Brief For Leave To
Depose Plaintiff.

1. Pursuant to this Honorable Courts Order August 16, 2000,
ordering that all discovery shall be completed within sixty (60)
days of the date of the Courts Order, Plaintiff contends that the
Motion/Brief For Leave To Depose Plaintiff is untimely filed as it

is now twenty nine (29) days past the sixty (60) day Order. (EXHIBIT A.).

2. Plaintiff asserts that Defendant's Motion/Brief For Leave To Depose Plaintiff is none other then a request for leave to conduct a deposition which is one of four main kinds of discovery and therefore should be denied.

3. Plaintiff contends that the Defendant's have not set forth any reason(s) in their Motion/Brief To Depose Plaintiff as to why they could not obtain leave of Court to conduct a deposition upon oral examination within the sixty (60) day time frame set by this Honorable Court in its Order of August 16, 2000.

4. Plaintiff contends that the Defendant's failed to file a Motion for a enlargement of time in which to obtain leave of Court to conduct a deposition upon oral examination. Additionally, Plaintiff asserts that this Motion/Brief To Depose Plaintiff is a delay tactic on the part of the Defendant's to impede Plaintiff's First and Fourteenth Amendment Right to the U.S. Constitution.

5. Plaintiff respectfully request this Honorable Court to Adjudicate the pending Motion/Memorandum In Support of his Motion To Compel Discovery filed September 11, 2000.

WHEREFORE, Plaintiff **RONALD A. RILEY, AK-8743,** "pro se", respectfully request this Honorable Court to deny Defendant's Motion/Brief For Leave To Depose Plaintiff as it violates this Honorable Courts Order to complete all discovery within sixty (60) days of the date of this Courts August 16, 2000 Order.

DATED: NOVEMBER 16, 2000

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

CERTIFICATE OF SERVICE

This is to certify that on NOVEMBER 16, 2000, a true and correct copy of Plaintiff's Motion/Memorandum In Support Of Motion In Rebutal To Defendant's Motion/Brief For Leave To Depose Plaintiff, was served First Class Mail, and by placing said Motion/Memorandum in his prison mail box for service upon the following:

OFFICE OF THE ATTORNEY GENERAL
MARYANNE M. LEWIS
15th Flr., STRAWBERRY SQUARE
HARRISBURG, PA 17120

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

E X H I B I T (A).

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, : CIVIL ACTION NO. 1:CV-00-0485
:
    Plaintiff :
:
v. :
:
MARTIN F. HORN, ET AL., : (Judge Rambo)
:
    Defendants :

FILED
HARRISBURG, PA
AUG 16 2000
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

O R D E R

NOW, IT IS HEREBY ORDERED THAT:

1. All discovery shall be completed within sixty (60) days of the date of this order.

2. Dispositive motions, if any, shall be filed within thirty (30) days of the close of discovery.

                                    /s/ Sylvia H. Rambo
                                    SYLVIA H. RAMBO
                                    United States District Judge

Dated: August 16, 2000

SR:jvw