See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,                :    CIVIL ACTION NO. 1:CV-00-0485
                                :
          Plaintiff             :
                                :
     v.                         :
                                :
MARTIN F. HORN, ET AL.,         :    (Judge Rambo)
                                :
          Defendants            :

FILED
HARRISBURG, PA
NOV 22 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

AND NOW, upon consideration of Defendants' motion requesting leave of court to take the deposition of the inmate Plaintiff, said motion (Doc. 22) is hereby granted.[1]  Defendants may take Plaintiff's deposition at a time and place subject to the approval of the warden or other appropriate official at his present place of incarceration.

SYLVIA H. RAMBO
United States District Judge

Dated: November 22, 2000

SR:jvw

---

[1] Federal Rule of Civil Procedure 30(a) provides that a party must obtain leave of court prior to taking the deposition of a person confined in prison.