IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, AK-8743,

        PLAINTIFF:

-VS-       CIVIL ACTION NO. 1:00-CV-00485

HORN, et al

        DEFENDANT'S:

FILED
HARRISBURG
NOV 3 0 2000
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MOTION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:

    Plaintiff in the above action, **RONALD A. RILEY, AK-8743**, "**pro se**", respectfully request this Honorable Court to grant this Motion For Appointment Of Counsel. Plaintiff believes he is entitled to said appointment based on the following:

    1. Plaintiff is unable to afford private counsel.

    2. Plaintiff is afraid that he might be asked to say things which could be used against him in this Civil Action.

3. Plaintiff has no knowledge or experience in this matter.

**WHEREFORE,** Plaintiff respectfully request this Honorable Court to grant his Motion For Appointment Of Counsel in order for Plaintiff to be effectively represented at this deposition.

DATED NOVEMBER 27, 2000

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654