
Copy 29

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, AK-8743,      :
                               :
           PLAINTIFF:          :
                               :
                               :
   -VS-                        :   CIVIL ACTION NO. 1:00-CV-00485
                               :
                               :
                               :
HORN, et al,                   :
                               :
           DEFENDANT'S:        :

<u>PLAINTIFF'S MEMORANDUM OF LAW IN</u>
<u>SUPPORT OF MOTION FOR APPOINTMENT</u>
<u>OF COUNSEL.</u>

FILED
HARRISBURG

NOV 3 0 2000

MARY E. D'ANDREA, CLE
Per_____
        DEPUTY CLERK


TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:


   Named Plaintiff **RONALD A. RILEY, AK-8743, "pro se"**, files
this Memorandum Of Law In Support Of Motion For Appointment of cou-
nsel.


   Plaintiff has filed for and was granted Informa Pauperis
Status by this Honorable Court. plaintiff is an indigent prisoner
with very limited legal skills and no training at all in what to do
and/or how to conduct himself at a deposition. Plaintiff contends
that he might be asked to devulge pertinent information that would

2

not be revealed in the presence of Counsel.

C O N C L U S I O N

WHEREFORE, named Plaintiff RONALD A. RILEY, AK-8743, "pro se", respectfully request this Honorable Court to appoint Counsel to represent Plaintiff at this deposition.

DATED: NOVEMBER 27, 2000

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

C E R T I F I C A T E   O F   S E R V I C E

This is to certify that on November 27, 2000, a true and correct copy of Plaintiff's Motion/Memorandum Of Law In Support Of Motion For Appointment Of Counsel was served First Class Mail, and by placing said Motion/Memorandum in his prison mail box for service upon the following:

OFFICE OF THE ATTORNEY GENERAL
MARYANNE M. LEWIS
15th Flr., STRAWBERRY SQUARE
HARRISBURG, PA 17120

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654