30
12-6-00
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,                :   CIVIL ACTION NO. 1:CV-00-0485
                                :
         Plaintiff              :
                                :
    v.                          :
                                :
MARTIN F. HORN, ET AL.,         :   (Judge Rambo)
                                :
         Defendants             :

FILED
HARRISBURG, PA
DEC 0 5 2000
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

O R D E R

AND NOW, upon consideration of Defendants' motion to extend the deadlines for discovery and the filing of dispositive motions, **IT IS HEREBY ORDERED THAT** said motion (Doc. 27) is granted. Discovery in this case shall close on January 31, 2001 and dispositive motions may be filed on or before February 28, 2001.

                                    _____
                                    SYLVIA H. RAMBO
                                    United States District Judge

Dated: December 5, 2000.

SR:jvw

                   UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                           December 5, 2000


Re:   1:00-cv-00485    Riley v. Horn


True and correct copies of the attached were mailed by the clerk
to the following:


      Ronald A. Riley
      SCI-H
      SCI at Huntingdon
      AK-8743
      Drawer R
      1100 Pike Street
      Huntingdon, PA  16654-1112

      Maryanne Mueller Lewis, Esq.
      Pennsylvania Office of Attorney General
      15th Floor
      Strawberry Square
      Harrisburg, PA



cc:
Judge                           (X )
Magistrate Judge                (  )
U.S. Marshal                    (  )
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  ) with N/C attached to complt. and served by:
                                     U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5             (  )
Order to Show Cause             (  ) with Petition attached & mailed certified mail
                                     to:  US Atty Gen   (  )   PA Atty Gen   (  )
                                          DA of County  (  )   Respondents   (  )
Bankruptcy Court                (  )
Jim Van Wie                     (X )
                                              MARY E. D'ANDREA, Clerk

DATE: December 5th, 2000                    BY: _____
                                                Deputy Clerk