IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. RILEY, | : | CIVIL ACTION NO. 1:CV-00-0485 |
| Plaintiff | : | |
| v. | : | |
| MARTIN F. HORN, ET AL., | : | (Judge Rambo) |
| Defendants | : | |

MEMORANDUM AND ORDER

## Background

Presently pending before the court is Plaintiff Ronald A. Riley's third request for appointment of counsel filed December 1, 2000 (Doc. 28). By orders dated May 2, 2000 and May 10, 2000, this court denied similar motions for appointment of counsel. The orders also provided that if future proceedings demonstrated the need for counsel, Plaintiff's motion would be reconsidered.

Since the entry of the court's previous orders, Riley has continued to demonstrate a reasonable ability to litigate this action pro se. Furthermore, Plaintiff's latest motion fails to set forth sufficient special circumstances or factors which would warrant the appointment of counsel. See Tabron v. Grace, 6 F.3d 147, 153, 155-157 (3d Cir. 1993).

Consequently, for the reasons set forth in this court's orders of May 2, 2000 and May 10, 2000, **IT IS HEREBY ORDERED THAT** Riley's third motion for appointment of counsel is denied.

> SYLVIA H. RAMBO
> United States District Judge

Dated:   January 8, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 8, 2001

Re: 1:00-cv-00485    Riley v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Ronald A. Riley
SCI-H
SCI at Huntingdon
AK-8743
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA

```
cc:
Judge                           ( X )
Magistrate Judge                (   )
U.S. Marshal                    (   )
Probation                       (   )
U.S. Attorney                   (   )
Atty. for Deft.                 (   )
Defendant                       (   )
Warden                          (   )
Bureau of Prisons               (   )
Ct Reporter                     (   )
Ctroom Deputy                   (   )
Orig-Security                   (   )
Federal Public Defender         (   )
Summons Issued                  (   ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             (   )
Order to Show Cause             (   ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen  ( )    PA Atty Gen  ( )
                                           DA of County ( )    Respondents  ( )
Bankruptcy Court                (   )
Other  Jim Van Wie              ( ✓ )
```

MARY E. D'ANDREA, Clerk

DATE: 1-8-01                                    BY: _____
                                                    Deputy Clerk