IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA **Judge's Copy**

RONALD A. RILEY, AK-8743,
in his own behalf,

                     PLAINTIFF:

       No. 1:00-CV-00485

       (JUDGE RAMBO)

    -vs-

MARTIN HORN, et al.,

                   DEFENDANT'S:

**FILED**
HARRISBURG, PA

FEB 16 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MOTION FOR REQUEST FOR
DEPOSITION TRANSCRIPT

TO THE HONORABLE SYLVIA H. RAMBO, JUDGE:

     Named Plaintiff **RONALD A. RILEY, AK-8743, "pro se"**, now files this herein Motion For Request For Deposition Transcript on January 9, 2001. In support of this Motion, Plaintiff states as follows:

     1. Plaintiff filed his Complaint on March 14, 2000.

     2. Plaintiff was granted forma pauperis April 10, 2000.

     3. A deposition was conducted on Plaintiff January 9, 2001.

     4. Plaintiff sent a letter requesting a copy of deposition transcript January 16, 2001 to the Deputy Attorney General. (Exhibit A.).

5. On January 24, 2001, the Deputy Attorney General refused to provide Plaintiff with a copy of the deposition transcript. (Exhibit B.).

6. Plaintiff sent a letter requesting a copy of the deposition transcript January 29, 2001, to Beth A. Krupa of Geiger And Loria Reporting Service. (Exhibit C.).

7. On January 31, 2001, Geiger And Loria Reporting Service infromed Plaintiff that it will cost $106.30 to obtain a copy of said transcript. (Exhibit D.).

8. Plaintiff contends that because of his indigent status due to incarceration he was unable to pay the filing fee for his Complaint March 14, 2000, and that indigent status has not changed and Plaintiff is unable to pay the fee to obtain a copy of his deposition transcript.

9. Plaintiff asserts that he needs a copy of this deposition transcript to help in the preparation of his up and coming trial before this Honorable Court.

**WHEREFORE**, Plaintiff RONALD A. RILEY, AK-8743, "pro se", respectfully request this Honorable Court to provide Plaintiff with a copy of the deposition transcript of January 9, 2001, and add the cost with the filing fee for Plaintiff's Complaint now before this

3

Honorable Court.

DATED: _2-14-2001_

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF, pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

## CERTIFICATE OF SERVICE

This is to certify that on *2-14-2001*, a true and correct copy of Plaintiff's Motion For Request For Deposition Transcript was served First Class Mail, and by placing said in his prison mail box for service upon the following:

OFFICE OF THE ATTORNEY GENERAL
MARYANNE M. LEWIS
15th Flr., STRAWBERRY SQUARE
HARRISBURG, PA 17120

Respectfully Submitted,

RONALD A. RILEY, AK-8743
PLAINTIFF pro se
1100 PIKE STREET
HUNTINGDON, PA 16654

E  X  H  I  B  I  T  (A).

RONALD A. RILEY
AK-8743
1100 PIKE STREET
HUNTINGDON, PA 16654

OFFICE OF THE ATTORNEY GENERAL          January 16, 2001
MARYANNE M. LEWIS
15th Flr., STRAWBERRY SQUARE
HARRISBURG, PA 17120

RE: RILEY -VS- HORN, et al., No. 1:00-CV-00485

Dear Deputy Attorney General,

       On January 9, 2001, you conducted a deposition on
Plaintiff at the State Correctional Institution Huntingdon. The
purpose of this communication is to request a copy of said dep-
osition transcript.

                                        Respectfully,

cc:file

E X H I B I T  (B).



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

**January 24, 2001**

MIKE FISHER
ATTORNEY GENERAL

15th Floor, Strawberry Sq.
Harrisburg, PA 17120
DIRECT DIAL:  (717) 787-9719
FAX:  (717) 772-4526

Ronald A. Riley, AK-8743
State Correctional Institution at Huntingdon
100 Pike Street
Huntingdon, Pennsylvania    16654

Re: Riley v. Horn, et. al. 1:00-CV-00485

Dear Mr. Riley,

Please be advised that if you wish to receive a copy of the transcript of your deposition of January 9, 2001, you must request the transcript in writing from the court reporter. Please request the transcript from her, addressed to Beth A. Krupa, Geiger and Loria Reporting Service, 2408 Park Drive, Suite, B, Harrisburg, PA  17110.

I am returning to you the following discovery: Plaintiff's Fifth Set of Interrogatories and Request For Production of Documents directed to Defendant O.J. Ogershock, as he is NOT a defendant in this action; and, Plaintiff's Sixth Set of Interrogatories and Request For Production of Documents directed to Defendant Weidel, as she is NOT a defendant in this case.

In addition, I am also returning to you the document entitled Appeal From The Retaliatory Misconduct of May 29, 1999, as inappropriate. The appeal process concerning misconduct reports is found in DOC-ADM 801, found in the Inmate Handbook. I suggest that you review DOC-ADM 801 and follow any appropriate procedures.

Very truly yours,

Maryanne M. Lewis
Deputy Attorney General

MML/ld
enclosures

E  X  H  I  B  I  T  (C).

RONALD A. RILEY
AK-8743
1100 PIKE STREET
HUNTINGDON, PA 16654


January 29, 2001

BETH A. KRUPA
GEIGER AND LORIA REPORTING SERVICE
2408 PARK DRIVE, SUITE, B.
HARRISBURG, PA 17110


RE: RILEY -VS- HORN, et al., No. 1:00-CV-00585


Dear Ms. Krupa,


On January 9, 2001, you transcribed the transcript of
a deposition conducted on me at SCI-Huntingdon by Deputy Attorney
General, Maryanne M. Lewis. The purpose of this communication is to
request a copy of said deposition transcript.


Respectfully,

E  X  H  I  B  I  T  (D).

# Geiger & Loria Reporting Service
2408 Park Drive, Suite B
Harrisburg, PA 17110
Phone #: (717)541-1508  Fax #: (717)541-1509

| | |
|---|---|
| | Invoice Date |
| | 1/31/2001 |
| | Invoice No. |
| | 3729 |
| | Employer I.D. |
| | 25-1679685 |
| | Terms |
| | Net 30 Days |

To:  RICHARD RILEY       Acct #     1,331
AK-8743
1100 PIKE STREET

HUNTINGDON, PENNSYLVANIA  16654

Past due invoices subject to
account service fee
computed at the rate of 12%
per annum, calculated daily
on the outstanding past due
balance.

RE:   RILEY VS HORN, ET AL

Date:    1/09/2001

Case No.:  1_CV-00-0485

### *IF YOU WISH TO RECEIVE THE ITEMS LISTED BELOW, PLEASE FORWARD A CHECK FOR THE TOTAL DUE*

| HUNTINGDON | HUNTINGDON COUNTY | SP348432 |
|---|---|---|

| Description | Qty | Amount | Charges |
|---|---|---|---|
| TRANSCRIPT - RONALD  RILEY | 63 | 1.60 | 100.80 |
| SHIPPING | 1 | 5.50 | 5.50 |

**Total:**    106.30

Celebrating Fifty Years
1950-2000

## Method of Payment:

VISA   MasterCard   American Express Cards   [QR]   Check enclosed

☐    ☐    ☐    ☐    ☐

Credit card #

Expiration date

Authorized signature (for credit card payment)

## Remittance Portion
Please return with payment to insure proper credit.
Mail to:
    Geiger & Loria Reporting Service
    2408 Park Dr., Suite B
    Harrisburg, PA  17110

| TOTAL DUE: | 106.30 |
|---|---|

3 729    BK