

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,

    Plaintiff

v.

MARTIN HORN, et al.,

    Defendants

No. 1:00-CV-00485
(Judge Rambo)

FILED
HARRISBURG

FEB 21 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## DEFENDANTS' MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS

Defendants, by their counsel, hereby request the Court to extend the deadline for the filing of dispositive motions in this case for a period of fifteen days until March 15, 2001. In support of this motion, defendants state as follows:

1. Plaintiff filed his complaint on March 14, 2000.

2. On June 12, 2000, defendants filed an answer to the complaint.

3. Discovery in this case closed on January 31, 2001 and all dispositive motions are to be filed on or before February 28, 2001.

4. Undersigned Counsel is currently preparing for a trial in Federal Court in Ortiz v. DOC, et al., No. 3:CV-98-0012. Jury selection is scheduled for February 26, 2001, and the case is on the March 2001 trial list.

5. In addition, counsel for defendants has been preparing and filed a motion for summary judgment and supporting brief in Robins v. Horn, et al., 3:CV-99-1841. Counsel filed the supporting brief on February 21, 2001.

6.  No prejudice will befall any party by this extension of limited duration as proposed herein.

WHEREFORE, defendants respectfully request the Court to grant an extension of time to and file dispositive motions on or before March 15, 2001.

                          Respectfully submitted,

                          **D. MICHAEL FISHER**
                          Attorney General

By: _____
      MARYANNE M. LEWIS
      Deputy Attorney General

      SUSAN J. FORNEY
      Chief Deputy Attorney General
      Chief Litigation Section

**Office of Attorney General**
15th Floor, Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-1194
Fax: (717) 772-4526

DATE:  February 21, 2001

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY, :
:
    Plaintiff :
:
v. : No. 1:00-CV-0485
: (Judge Rambo)
MARTIN HORN, et al., :
:
    Defendants :

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion to Extend The Deadline for Filing Dispositive Motions, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112

 

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: February 21, 2001