IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD A. RILEY, | : | CIVIL ACTION NO. 1:CV-00-0485 |
| Plaintiff | : | |
| v. | : | |
| | : | **FILED** |
| MARTIN F. HORN, ET AL., | : (Judge Rambo) | HARRISBURG, PA |
| Defendants | : | MAR 0 5 2001 |

O R D E R

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

AND NOW, upon consideration of Defendants' motion for an enlargement of time in which to submit dispositive motions, **IT IS HEREBY ORDERED THAT** the motion (Doc. 37) is granted. The parties may file and serve any proposed dispositive motions on or before March 15, 2001.

SYLVIA H. RAMBO
United States District Judge

Dated: March 5, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

March 5, 2001

Re: 1:00-cv-00485   Riley v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Ronald A. Riley
SCI-H
SCI at Huntingdon
AK-8743
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA

```
cc:
Judge                            (X )      (X ) Pro Se Law Clerk
Magistrate Judge                 ( )       ( ) INS
U.S. Marshal                     ( )       ( ) Jury Clerk
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( ) with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( ) with Petition attached & mailed certified mail
                                     to: US Atty Gen    ( )   PA Atty Gen ( )
                                         DA of County   ( )   Respondents ( )

Bankruptcy Court                 ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE:   March 5th, 2001                              BY: _____
                                                         Deputy Clerk