

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

March 8, 2001

MIKE FISHER
ATTORNEY GENERAL

15th Floor, Strawberry Sq.
Harrisburg, PA 17120
DIRECT DIAL: (717) 787-9719
FAX: (717) 772-4526

Honorable Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

Re:  Riley v. Horn, et al.,
     No. 1:00-CV-00485

Dear Judge Rambo:

I write to advise the Court that the defendants have supplemented their response to Plaintiff's Request for Production of Documents, Request No. 2. I call this supplemental document production to the Court's attention in light of plaintiff's pending motion to compel.

Plaintiff's document request number 2 sought '[a]ll Rules, Regulations and Policy Directives of the Department of Corrections that pertain to the transfering [sic] of prisoners awaiting parole into a Community Corrections Center with an acceptance date of more than three months into the future." Defendants objected to the request as privileged and containing information that if released could pose a threat to the security of the institution. Without waiving the objection, defendants directed Riley to Department Directive DOC-ADM 805, which addresses Community Corrections Centers.

In preparation for summary judgment, undersigned counsel became aware of memorandums relating to the subject of the request. Upon review of the documents, counsel determined that the information contained in the memorandums is relevant to plaintiff's document request and is not privileged. Although defendants stand by their objection in other respects, they have produced Memorandums dated December 15, 1998, February 17, 1999, and May 4, 1999 concerning the transfer of inmates accepted to community corrections centers who have acceptance dates thirty and ninety days in advance.

Honorable Sylvia H. Rambo
March 8, 2001
Page 2

Thank you for your consideration of this letter.

Very truly yours,

Maryanne M. Lewis
Deputy Attorney General

MML/ld
cc: Ronald A. Riley, #AK-8743