**ORIGINAL** 

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

FILED
HARRISBURG, PA
MAR 15 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendants, hereby request this Court to grant summary judgment in their favor in this action as there are no genuine issues of material facts in this case that are in dispute and defendants are entitled to judgment as a matter of law.

This motion is supported by the attached statement of material facts. A brief supporting the motion will be filed within the time permitted by the local rules.

**WHEREFORE**, summary judgment should be granted in favor of defendants.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General

By: _____
MARYANNE M. LEWIS
Deputy Attorney General

SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
Direct Dial: (717) 787-9719
FAX: (717) 772-4526

DATE: March 15, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

## CERTIFICATE OF SERVICE

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Summary Judgment, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: March 15, 2001