**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-00485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

### DEFENDANTS' MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN (15) PAGES

Pursuant to L.R. 7.8, defendants, hereby request to file a brief in excess of fifteen (15) pages, on the following grounds:

1. On March 29, 2001, counsel for defendants will file a brief supporting defendants' motion for summary judgment which may exceed the page limit for briefs imposed by Local Rule 7.8. Defendants brief exceeds Local Rule 7.8. Undersigned counsel believes that the brief will not exceed twenty (20) pages.

2. Despite counsel's best efforts for brevity, she believes that she will be unable to shorten defendants' brief and still manage to present all the facts and law necessary for the Court to consider their defenses to plaintiff's claims.

3. In light of the issues in this case and the number of defendants in the case, defendants ask the Court to grant them leave to exceed the 15 page limit of Local Rule 7.8 in this instance.

WHEREFORE, defendants ask the Court to grant them leave, to exceed the fifteen-page limit for briefs.

                              **Respectfully submitted,**
                              **D. MICHAEL FISHER**
                              **Attorney General**

By: _____
            **MARYANNE M. LEWIS**
            **Deputy Attorney General**

            **SUSAN J. FORNEY**
            **Chief Deputy Attorney General**
            **Chief, Litigation Section**

Office of Attorney General
15th Flr., Strawberry Sq.
Harrisburg, PA 17120
FAX: (717) 772-4526
Direct Dial: (717) 787-9719
DATE: March 26, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. RILEY, | : |
| Plaintiff | : |
| v. | : No. 1:00-CV-0485 |
| | : (Judge Rambo) |
| MARTIN HORN, et al., | : |
| Defendants | : |

**CERTIFICATE OF SERVICE**

I, Maryanne M. Lewis, Deputy Attorney General, hereby certify that on this date I caused to be served the foregoing Defendants' Motion for Leave to File A Brief in Excess of Fifteen (15) Pages, by depositing a copy of the same in the United States mail, postage prepaid, in Harrisburg, PA., addressed to the following:

Ronald A. Riley, #AK-8743
SCI-Huntingdon
Drawer R
1100 Pike St.
Huntingdon, PA 16654-1112

MARYANNE M. LEWIS
DEPUTY ATTORNEY GENERAL

DATE: March 26, 2001