IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RONALD A. RILEY,** : CIVIL NO. 1:CV-00-0485

**Plaintiff** :

v. :

**MARTIN F. HORN, ET AL.,** : (Judge Rambo)

**Defendants** :

FILED
HARRISBURG, PA
APR 0 2 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## O R D E R

Upon consideration of Defendants' motion for leave to file a brief in support of their pending motion for summary judgment which exceeds fifteen (15) pages in length, **IT IS HEREBY ORDERED THAT** the motion (Doc. 44) is granted. Defendants may file a supporting brief which will not exceed twenty (20) pages.

SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2001.

SR:jvw

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 2, 2001

Re: 1:00-cv-00485    Riley v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Ronald A. Riley
SCI-H
SCI at Huntingdon
AK-8743
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
15th Floor
Strawberry Square
Harrisburg, PA

cc:
Judge                          (X)         (X) Pro Se Law Clerk
Magistrate Judge               ( )         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                         DA of County  ( )   Respondents  ( )
Bankruptcy Court               ( )
Other _____          ( )

MARY E. D'ANDREA, Clerk

DATE: April 2nd, 2001                              BY: _____
                                                        Deputy Clerk