52
7/20/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD A. RILEY,
:
    Plaintiff
:    No. 1:CV-00-0485
:
vs.
:
:    (Judge Rambo)
MARTIN F. HORN, et al.,
:
    Defendants
:

FILED
HARRISBURG, PA

JUL 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

**O R D E R**

NOW, THEREFORE, THIS 20th DAY OF JULY, 2001, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 41) is **GRANTED.**

2. Plaintiff's motion to amend plaintiff's motion/memorandum in support of motion to compel discovery, (Doc. 35) is **DISMISSED as MOOT.**

3. Plaintiff's motion for request for deposition transcript (Doc. 36), is **DISMISSED as MOOT.**[7]

---

7. Defendants included a copy of Riley's deposition transcript as part of their documents in support of motion for summary judgment (Doc. 46); therefore, plaintiff has received a copy of the deposition transcript.

4. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff and close the file.

5. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

*[signature]*
SYLVIA H. RAMBO
United States District Court

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2001

Re: 1:00-cv-00485    Riley v. Horn

True and correct copies of the attached were mailed by the clerk
to the following:

    Ronald A. Riley
    SCI at Huntingdon
    AK-8743
    Drawer R
    1100 Pike Street
    Huntingdon, PA  16654-1112

    Maryanne Mueller Lewis, Esq.
    Pennsylvania Office of Attorney General
    Strawberry Square
    Harrisburg, PA  17120

| | | | |
|---|---|---|---|
| dge | (X) | (X) Pro Se Law Clerk | |
| gistrate Judge | ( ) | ( ) INS | |
| . Marshal | ( ) | ( ) Jury Clerk | |
| bation | ( ) | | |
| . Attorney | ( ) | | |
| y. for Deft. | ( ) | | |
| endant | ( ) | | |
| den | ( ) | | |
| au of Prisons | ( ) | | |
| eporter | ( ) | | |
| om Deputy | ( ) | | |
| -Security | (X) | | |
| ral Public Defender | ( ) | | |
| ons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| lard Order 93-5 | ( ) | | |
| to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )   PA Atty Gen ( ) DA of County ( )   Respondents ( ) | |
| ptcy Court | ( ) | | |
| _____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: July 20th, 2001                              BY: _____
                                                        Deputy Clerk