53
7/20/01
mA

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Ronald A. Riley
Plaintiff

Case No: 1:00-CV-485

Judge Sylvia H. Rambo

V.

Martin F. Horn; Frederick K. Frank; Clinton R. Myers; James L. Grace; Gil Levy; Diana G. Baney; Joel Keller; Tim Launtz; Buzminsky; Stidd; Hoover; McFadden; William F. Word; J. Harvey Bell,

Defendants

**FILED**
HARRISBURG, PA

JUL 2 0 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of the Defendants, Martin F. Horn; Frederick K. Frank; Clinton R. Myers; James L. Grace; Gil Levy; Diana G. Baney; Joel Keller;Tim Launtz; Buzminsky; Stidd; Hoover; McFadden; William F. Word; J. Harvey Bell, and against the Plaintiff, Ronald A. Riley.

Date: July 20, 2001

Mary E. D'Andrea, Clerk of Court

(By) Mark J. Armbruster, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2001

Re:  1:00-cv-00485    Riley v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Ronald A. Riley
SCI at Huntingdon
AK-8743
Drawer R
1100 Pike Street
Huntingdon, PA  16654-1112

Maryanne Mueller Lewis, Esq.
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA  17120

```
cc:
Judge                       (X )            (X ) Pro Se Law Clerk
 Magistrate Judge           ( )             ( ) INS
 U.S. Marshal               ( )             ( ) Jury Clerk
 Probation                  ( )
 U.S. Attorney              ( )
 Atty. for Deft.            ( )
 Defendant                  ( )
 Warden                     ( )
 Bureau of Prisons          ( )
 Ct Reporter                ( )
 Ctroom Deputy              ( )
 Orig-Security              (X )
 Federal Public Defender    ( )
 Summons Issued             ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( ) with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )    PA Atty Gen ( )
                                     DA of County  ( )    Respondents ( )
Bankruptcy Court            ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: July 20th, 2001                              BY: _____
                                                        Deputy Clerk