(55
8/21/
18m

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

RONALD A. RILEY                                    Dist. Ct. Docket # 1:00-CV-485
    Plaintiff/Appellant

                                                       (Judge Sylvia H. Rambo)

v.

                                                 Ct. of Appeals Docket #_____

MARTIN F. HORN, et al.
    Defendants/Appellees


NOTICE OF APPEAL FILED 8/8/01    COURT REPORTERS: No
FILING FEE:
Notice of Appeal           ____ Paid   X  Not Paid   ____ Seaman
Docket Fee                 ____ Paid   X  Not Paid   ____ US or Govt.

CJA Appointment: (Attach copy of order) N/A
____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
 X  Motion Granted In First Instance
____Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
____Granted
____Denied
____Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Judge Sylvia H. Rambo                              Ronald A. Riley, Plaintiff
PRSLC Pitts                                        Maryanne Mueller Lewis, Esquire
File Copy


                                                 Shawna L. Cihak
DATED: August 13, 2001                             Deputy Clerk

FILED
HARRISBURG

AUG 2 0 2001

MARY E. D'ANDREA
Per_____
    DEPUTY CLERK

Please return the enclosed copy of this letter as proof of receipt.

Tonya Wyche  8/15/01