OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

Marcia M. Waldron
Clerk

FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4928

pacer.ca3.uscourts.gov

August 16, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

AUG 2 0 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Riley v. Horn

No(s): 00-cv-00485

(Honorable Sylvia H. Rambo)

An appeal by **Ronald A. Riley** was filed in the above-captioned case on 8/8/01, and docketed in this Court on 8/16/01, at No. **01-3215**.

Kindly use the Appeals Docket No. **01-3215** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk