

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
*for the*
## MIDDLE DISTRICT OF PENNSYLVANIA



U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-3920
FAX (717) 221-3959



August 14, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED
AUG 15 2001
U.S.C.A. 3rd. CIR.

RE: RONALD A. RILEY v. MARTIN HORN, et al.
Case Number: 1:00-CV-485
USCA Case Number: 01-    Appeal filed: 8/8/01

Dear Ms. Waldron,
  Enclosed please find:

  _____ One certified copy of the docket entries
       to be filed as the Certified List in
       Lieu of the Record.

  __X__ Actual Record with one certified copy
       and one uncertified copy of docket
       entries.

  _____ One certified copy of docket entries to
       be filed as the Certified List in Lieu
       of the _____ Supplemental Record.

  _____ Actual _____ Supplemental Record with
       one certified copy and one uncertified
       copy of docket entries.

FILED
HARRISBURG
AUG 20 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

  Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Tonya Wyche 8/15/0

Sincerely,
MARY E. D'ANDREA, CLERK

Shawna L. Cihak
Deputy Clerk