cc: CH PRSIC

58
10/22/0
TELEPHONE
215-597-2995

**MARCIA M. WALDRON**
CLERK

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

<u>Middle (Harrisburg)</u>     Clerk of District Court      Date  <u>10/11/01</u>
  (District)

<u>Riley v. Horn, et al</u>                                   C. of A. No. <u>01-3215</u>
  (Caption)

<u>Ronald A. Riley</u>
  (Appellant)

**RECEIVED**
HARRISBURG, PA

<u>00-cv-00485</u>
  (D.C. No.)

OCT 17 2001

MARY E. D'ANDREA, CLERK
Per _____

Enclosures:

____<u>10/11/01</u>_____ Certified copy of C. of A. Order by the Court/**Clerk**
    (Date)

*___✓___ Record

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

___✓___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
        is recalled.

                            Carmella L. Wells       (267)-299-<u>4928</u>
                            Deputy Clerk            Telephone Number

                            _Carmell Phillips_      (267)-299-<u>4941</u>
                            Record Processor        Telephone Number

Receipt Acknowledge:
_Marlene Campbell_
  (Name)  Deputy Clerk   10/17/01

* 10/15/01 Record missing

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-3215

Riley

vs.

Horn, et al.

Ronald A. Riley #AK-8743, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-00485)

**O R D E R**

FILED
HARRISBURG

OCT 1 7 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

A TRUE COPY:
ACTING CLERK

Acting Clerk

Date: October 11, 2001

cc:
    Ronald A. Riley #AK-8743
    Maryanne M. Lewis, Esq.